UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Maurice Wright,

      Petitioner,

  v.                   ORDER
                                Civil No. 10-517(MJD/FLN)

Jessica Symms - Warden,

      Respondent.
_____

The above-entitled matter comes before the Court upon Petitioner's

objection to the Report and Recommendation of United States Magistrate

Judge Franklin L. Noel dated March 18, 2010.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the

Court will adopt the Report and Recommendation dated March 18, 2010.

IT IS HEREBY ORDERED that:

1.     Petitioner's Petition for Habeas Corpus Relief [Doc. No. 1] is

     DENIED;

2.     Petitioner's Motion to Appoint Counsel [Doc. No. 2] is

     DENIED;

3.    Petitioner's Motion for an Evidentiary Hearing [Doc. No. 3} is

      DENIED; and

4.    This action is dismissed with prejudice.


Date:   June 1, 2010

                              s/ Michael J. Davis_____
                                   Michael J. Davis
                                   Chief Judge
                              United States District Court


Civil No. 10-517